# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00273-CV

**William Anthony Brubaker, Appellant**

**v.**

**Patricia Byrne Brubaker, Appellee**

## FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY NO. 17-0199-F425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due June 25, 2018. On appellant's motions, the time for filing was extended to September 24, 2018. Appellant has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. We grant in part the motion for extension of time and order appellant to file a brief no later than October 23, 2018. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on October 3, 2018.

Before Justices Puryear, Goodwin, and Bourland